# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS13 | E1321585 | OFC DAKEM | 0639 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 09/30/2021  0539
Offense Charged: ☒ USC
Offense: TITLE 18 SECTION 1382

Place of Offense: NAVAL BASE SAN DIEGO
3619 NORMAN SCOTT RD. SAN DIEGO, CA 92136

Offense Description: Factual Basis for Charge
TRESPASSING ON A MILITARY INSTALLATION

### DEFENDANT INFORMATION

Last Name: ELLIS
First Name: SELINDA

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 333 WEST BROADWAY
SAN DIEGO, CA 92101

X Defendant Signature: Selinda Ellis

*E1321585*

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident